# United States Bankruptcy Court
### Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **DRS Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **FDBA Doctors Referral Service, Inc.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **38-3401121** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **298 S. Old Woodward, Birmingham, MI** ZIP Code **48009** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DRS Services, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **U.S. Bankruptcy Court, Eastern District of Michigan** | Case Number: **10-43068** | Date Filed: **2/03/10** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DRS Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Jason W. Bank**
Signature of Attorney for Debtor(s)

**Jason W. Bank P54447**
Printed Name of Attorney for Debtor(s)

**Kerr, Russell and Weber, PLC**
Firm Name

**500 Woodward Avenue, Suite 2500**
**Detroit, MI 48226-3427**

Address

**Email: jbank@kerr-russell.com**
**313-961-0200**
Telephone Number

**June 1, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Kimberly A. Jackson**
Signature of Authorized Individual

**Kimberly A. Jackson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 1, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **DRS Services, Inc.**,  
                          Debtor

Case No. _____

Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kimberly Jackson**<br>**298 S. Old Woodward**<br>**Birmingham, MI 48009** | | **100%** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 1, 2015**               Signature  **/s/ Kimberly A. Jackson**  
                                                                                     **Kimberly A. Jackson**  
                                                                                     **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Michigan

In re   **DRS Services, Inc.**            Case No.
                                          Debtor(s)     Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 1, 2015**                **/s/ Kimberly A. Jackson**
                                                     **Kimberly A. Jackson**/**President**
                                                     Signer/Title

Absopure
Dept #940614
PO Box 701760
Plymouth, MI 48170

Accountemps
12400 Collections Center Drive
Chicago, IL 60693

Allscripts
8529 Six Forks Road
Forum IV
Raleigh, NC 27615

Anyperk
33 New Montgomery Street
Suite 1090
San Francisco, CA 94105

Awecomm Technologies
165 Kirts Boulevard
Suite 400
Troy, MI 48084

Barton Associates
PO Box 417844
Boston, MA 02241-7844

Beckman Coulter
250 South Kraemer Blvd.
PO Box 8000
Brea, CA 92821-6232

Bower Management
210 Town Center Drive
Troy, MI 48084

Chase Bank
PO Box 9001022
Louisville, KY 40290-1022

Comcast/Clear Rate
PO Box 37601
Philadelphia, PA 19101-0601

Consulting Radiologists
30701 Woodward Avenue
Suite LL
Royal Oak, MI 48073


Consumers Energy
PO Box 740309
Cincinnati, OH 45274-0309


Credential Check Corporation
PO Box 4504
Troy, MI 48099-4504


Crestwood Management LLC
PO Box 22928
Beachwood, OH 44122-0928


Donald Dillon [PC Miracles]
PO Box 250122
Franklin, MI 48025


DTE Energy
PO Box 740786
Cincinnati, OH 45274-0786


Esaote North America
8000 Castleway Drive
Indianapolis, IN 46250-1943


Hall Render Killian Heath
39778 Treasury Center
Chicago, IL 60694-9700


Health Business Solutions [Ray Berry]
10620 Griffen Road
Suite 204
Fort Lauderdale, FL 33328


HL-SER
210 Town Center Drive
Troy, MI 48084


Huntington Bank
PO Box 182519
Columbus, OH 43218-2519

Internal Revenue Service
c/o US Attorney Eastern District of Mich
Attn: Civil Division
211 W. Fort St., Suite 2001
Detroit, MI 48226


Iron Mountain
1000 Campus Dr.
Collegeville, PA 19426


IRS
PO Box 80110
Cincinnati, OH 45280-0110


J&B Medical Supply
50496 W. Pontiac Trail
Wixom, MI 48393


Kimberly Jackson
298 S. Old Woodward
Birmingham, MI 48009


Krasity's
1825 Bailey Street
Dearborn, MI 48124-2488


Louis Polite
4852 Aviemore Drive
Sterling Heights, MI 48314


Mark Curry, Esq.
510 Bering Drive
Suite 300
Houston, TX 77057


MC Care Consulting, LLC
2 Lone Pine Road
Bloomfield Hills, MI 48304


McKesson Medical
PO Box 634404
Cincinnati, OH 45263-4404

Michigan Department of Treasury
PO Box 30443
Lansing, MI 48908-7943


Nancy Jackson
31535 Sunset Drive
Beverly Hills, MI 48025


NEC Financial Services
250 Pehle Avenue
Suite 704
Saddle Brook, NJ 07663


O'Keefe & Associates
2 Lone Pine Road
Bloomfield Hills, MI 48304-3535


Oakland County Treasurer
1200 N. Telegraph Road
Pontiac, MI 48341-0479


Oakridge Lawn and Snow
PO Box 26
Clawson, MI 48017


Orchard Software
701 Congressional Blvd.
Sutie 360
Carmel, IN 46032


Oxford Bank
60 S. Washington
Oxford, MI 48371


P.O.L. Diagnostics
2031 Russell Street
Dearborn, MI 48128-1459


PCG
c/o Mark T. Curry, Esq.
510 Bering Drive
Suite 300
Houston, TX 77057

Physicians Services of SC
PO Box 25248
Columbia, SC 29224


Platinum Office Cleaing
PO Box 260
Birmingham, MI 48012


Quill
PO Box 37600
Philadelphia, PA 19101-0600


Ray Berry
10620 Griffen Road
Suite 204
Fort Lauderdale, FL 33328


Ray Carey
460 Lakeland
Grosse Pointe, MI 48230


Resolution Medical Billing
7750 Schaefer Road
Suite 201
Dearborn, MI 48126


Rochester Plumbing & Heating
812 N. Main
Rochester, MI 48307


Shred Corp.
31751 Sherman Avenue
Madison Heights, MI 48071


Signius
770 N. Church Road
Suite E
Elmhurst, IL 60126


Strobl & Sharp
300 East Long Lake Road
Suite 200
Bloomfield Hills, MI 48304-2376

Superior Funding
39 South Main Street
Clarkston, MI 48346


Superior Funding
40 South Main Street
Suite 12
Clarkston, MI 48346


Superior Funding
41 South Main Street
Suite 12
Clarkston, MI 48346


Sutton Leasing
3555 East 14 Mile Road
Sterling Heights, MI 48310


Taylor Morgan
3150 Livernois
Suite 150
Troy, MI 48083


TD Auto Finance
PO Box 16035
Lewiston, ME 04243


TG Investment Capital
c/o Varnum LLP
Attn:  Bradley Defoe
39500 High Pointe Blvd., Suite 350
Novi, MI 48375


The Bank of Holland
PO Box 1469
Holland, MI 49422


Triple D Computers
5030 S. Saginaw Street
Flint, MI 48507


United Physicians
30600 Telegraph Road
Suite 4000
Franklin, MI 48025

```
WMSR Company
30150 Telegraph Road
Suite 373
Franklin, MI 48025


Workngear
2300 Crown Colony Drive
Suite 300
Quincy, MA 02169
```