B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **DRS Services, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Allscripts**<br>8529 Six Forks Road<br>Forum IV<br>Raleigh, NC 27615 | **Allscripts**<br>8529 Six Forks Road<br>Forum IV<br>Raleigh, NC 27615 | Trade debt | | 104,221.47 |
| **Awecomm Technologies**<br>165 Kirts Boulevard<br>Suite 400<br>Troy, MI 48084 | **Awecomm Technologies**<br>165 Kirts Boulevard<br>Suite 400<br>Troy, MI 48084 | Equipment and services | | 103,543.31 |
| **Beckman Coulter**<br>250 South Kraemer Blvd.<br>PO Box 8000<br>Brea, CA 92821-6232 | **Beckman Coulter**<br>250 South Kraemer Blvd.<br>PO Box 8000<br>Brea, CA 92821-6232 | Cost for lab supplies, rental on 1 machine and maintenance | | 67,729.25 |
| **Bower Management**<br>210 Town Center Drive<br>Troy, MI 48084 | **Bower Management**<br>210 Town Center Drive<br>Troy, MI 48084 | Management Fee for Lea | | 13,966.55 |
| **Chase Bank**<br>PO Box 9001022<br>Louisville, KY 40290-1022 | **Chase Bank**<br>PO Box 9001022<br>Louisville, KY 40290-1022 | Trade debt | | 68,040.74 |
| **Consulting Radiologists**<br>30701 Woodward Avenue<br>Suite LL<br>Royal Oak, MI 48073 | **Consulting Radiologists**<br>30701 Woodward Avenue<br>Suite LL<br>Royal Oak, MI 48073 | Trade debt | Contingent<br>Disputed | 40,774.79 |
| **Hall Render Killian Heath**<br>39778 Treasury Center<br>Chicago, IL 60694-9700 | **Hall Render Killian Heath**<br>39778 Treasury Center<br>Chicago, IL 60694-9700 | Legal services | | 19,775.39 |
| **Health Business Solutions [Ray Berry]**<br>10620 Griffen Road<br>Suite 204<br>Fort Lauderdale, FL 33328 | **Health Business Solutions [Ray Berry]**<br>10620 Griffen Road<br>Suite 204<br>Fort Lauderdale, FL 33328 | Loan | | 101,113.80 |
| **IRS**<br>PO Box 80110<br>Cincinnati, OH 45280-0110 | **IRS**<br>PO Box 80110<br>Cincinnati, OH 45280-0110 | 2013 taxes | | 14,713.08 |
| **Nancy Jackson**<br>31535 Sunset Drive<br>Beverly Hills, MI 48025 | **Nancy Jackson**<br>31535 Sunset Drive<br>Beverly Hills, MI 48025 | Loan for operating expenses | | 400,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **DRS Services, Inc.**  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| O'Keefe & Associates<br>2 Lone Pine Road<br>Bloomfield Hills, MI 48304-3535 | O'Keefe & Associates<br>2 Lone Pine Road<br>Bloomfield Hills, MI 48304-3535 | Consulting fees | | 183,517.73 |
| PCG<br>c/o Mark T. Curry, Esq.<br>510 Bering Drive<br>Suite 300<br>Houston, TX 77057 | PCG<br>c/o Mark T. Curry, Esq.<br>510 Bering Drive<br>Houston, TX 77057 | Billing services | | 30,000.00 |
| Ray Carey<br>460 Lakeland<br>Grosse Pointe, MI 48230 | Ray Carey<br>460 Lakeland<br>Grosse Pointe, MI 48230 | Legal fees | | 85,000.00 |
| Resolution Medical Billing<br>7750 Schaefer Road<br>Suite 201<br>Dearborn, MI 48126 | Resolution Medical Billing<br>7750 Schaefer Road<br>Suite 201<br>Dearborn, MI 48126 | Medical billing | | 19,818.19 |
| Strobl & Sharp<br>300 East Long Lake Road<br>Suite 200<br>Bloomfield Hills, MI 48304-2376 | Strobl & Sharp<br>300 East Long Lake Road<br>Suite 200<br>Bloomfield Hills, MI 48304-2376 | Legal services | | 37,499.00 |
| Superior Funding<br>40 South Main Street<br>Suite 12<br>Clarkston, MI 48346 | Superior Funding<br>40 South Main Street<br>Suite 12<br>Clarkston, MI 48346 | Loan to cover payroll | | 14,000.00 |
| Superior Funding<br>39 South Main Street<br>Clarkston, MI 48346 | Superior Funding<br>39 South Main Street<br>Clarkston, MI 48346 | Medical and computer equipment for Davison office | | 13,185.00<br>(0.00 secured) |
| Taylor Morgan<br>3150 Livernois<br>Suite 150<br>Troy, MI 48083 | Taylor Morgan<br>3150 Livernois<br>Suite 150<br>Troy, MI 48083 | Tax services | Contingent<br>Disputed | 42,000.00 |
| WMSR Company<br>30150 Telegraph Road<br>Suite 373<br>Franklin, MI 48025 | WMSR Company<br>30150 Telegraph Road<br>Suite 373<br>Franklin, MI 48025 | 2014 Winter/Summer Taxes | | 43,201.97 |
| WMSR Company<br>30150 Telegraph Road<br>Suite 373<br>Franklin, MI 48025 | WMSR Company<br>30150 Telegraph Road<br>Suite 373<br>Franklin, MI 48025 | Monthly Rent | | 26,071.34 |

B4 (Official Form 4) (12/07) - Cont.
In re **DRS Services, Inc.** Case No.
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 1, 2015**       Signature **/s/ Kimberly A. Jackson**
                                                                   **Kimberly A. Jackson**
                                                                   **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy